UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

**ALPER KOLCU,**

          Petitioner,

    v.                                          Case No. 24-C-1219

**DENITA R. BALL, Milwaukee County Sheriff,**

          Respondent.

---

## DECISION AND ORDER

On September 25, 2024, I entered an order dismissing Alper Kolcu's pro se habeas petition under 28 U.S.C. § 2241. On October 9, 2024, Kolcu filed a document captioned as an "objection" to the order. In this document, Kolcu moves to reopen the case. I construe the objection as a motion to alter or amend the judgment under Federal Rule of Civil Procedure 59(e). However, having reviewed the motion, I do not believe that my order dismissing the case was erroneous. It is still the case that it appears from the petition that Kolcu is not entitled to relief.

Accordingly, **IT IS ORDERED** that the motion to alter or amend the judgment (ECF No. 7) is **DENIED**.

Dated at Milwaukee, Wisconsin, this 23rd day of October, 2024.

                                              /s/ Lynn Adelman
                                              LYNN ADELMAN
                                              District Judge